IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JONGYEAN LEE,

        Defendant.

ORDER

Case No. 09-cr-117-bbc-01

---

The defendant in the above-entitled case has been:

    __X__    convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

                The State Department is not to reissue a passport without approval of U.S. Probation.

    _____    convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

    _____    acquitted of the charge against her and/or the charge against her has been dismissed. Therefore, it is directed that the passport be returned to the defendant or her authorized representative.

    _____    Defendant deceased. Therefore, it is directed that the passport be returned to the State Department.

Date: May 5th, 2010.

BY THE COURT:

_____
STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO